IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES CAIN,** *et al*.                                                                 **PLAINTIFFS**

   v.                                 **4:08CV00433-WRW**

**BRAD ABBOTT,** *et al*.                                                              **DEFENDANTS**

## **JUDGMENT**

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of March, 2010.

                                                                       /s/Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE